USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDUARDO REYES NEPOMUCENO,  :   19 Civ. 3150 (MKV) (RWL)
　:
　　　　　　Plaintiff,  :
　:
　- against -  :   **ORDER**
　:
COLUMBIA DELI & GRILL INC., et al.,  :
　:
　　　　　　Defendants.  :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

　　　The Court will hold a discovery and status conference to address the issues raised in Plaintiff's letter dated August 27, 2020 (Dkt. 35). The parties shall coordinate with the Court's Deputy Clerk to schedule the conference. By September 4, 2020, Defendants shall file a letter responding to Plaintiff's August 27 letter.

　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　ROBERT W. LEHRBURGER
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2020
　　　　New York, New York