```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDUARDO REYES NEPOMUCENO,

                    Plaintiff,

    - against -

COLUMBIA DELI & GRILL INC., et al.,

                    Defendants.
-------------------------------------------------------------X

19 Civ. 3150 (MKV)(RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to today's discovery and status conference, addressing the issues raised in Plaintiff's letter dated August 27, 2020 (Dkt. 35):

1. No later than **October 8, 2020**, Defendant shall file either an appearance of substitute counsel, or appear pro se.

2. No later than **October 15, 2020**, the parties shall meet and confer to discuss next steps.

3. No later than **October 22, 2020**, the parties shall file a joint letter with the Court setting forth their proposal for next steps.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2020
       New York, New York

Copies transmitted this date to all counsel of record.