```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDUARDO REYES NEPOMUCENO,              :
                                        :        19-CV-3150 (MKV)(RWL)
                         Plaintiff,    :
                                        :
        - against -                    :        ORDER
                                        :
COLUMBIA DELI & GRILL INC., et al.,    :
                                        :
                         Defendants.   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants have failed to provide discovery that is long overdue; they did not appear for deposition as scheduled; did not respond to document requests; and did not answer interrogatories. Defense counsel indicated that he has been having difficulty obtaining cooperation from Defendants. Accordingly, by December 8, 2020, either (1) Defendants shall comply with all outstanding written discovery and provide to Plaintiff three dates during the month of December 2020 when Defendants are available to be deposed; or (2) Defense counsel shall file a motion to withdraw in the event of Defendants failure to cooperate. Failure of Defendants to provide all required discovery or otherwise comply with this order will result in imposition of sanctions, including a recommendation for entry of default judgment against the Defendants.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

1