```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDUARDO REYES NEPOMUCENO,

                            Plaintiff,

            - against -

COLUMBIA DELI & GRILL INC., et al.,

                         Defendants.
-------------------------------------------------------------X

19-CV-3150 (MKV)(RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Discovery closed on March 31, 2021.  (Dkt. 46.)  By April 27, 2021, the parties shall file a joint letter reporting on status.  Absent good cause, the Court will notify the District Judge that the case is ready to proceed to dispositive motions and trial.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1