USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO REYES NEPOMUCENO,

    Plaintiff,

-against-

COLUMBIA DELI & GRILL INC. et al.,

    Defendants.

19-cv-3150 (MKV-RWL)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court declines to impose sanctions at this time.  IT IS HEREBY ORDERED that the parties shall appear for a Post Discovery Conference on July 23, 2021 at 11:00 AM.  One week before the conference, the parties shall file a joint status letter and any pre-motion submissions in accordance with the Court's Individual Rules.

**SO ORDERED.**

Date:  June 25, 2021
       New York, NY

                  **MARY KAY VYSKOCIL**
                  **United States District Judge**