UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

EDUARDO REYES NEPOMUCENO,

                Plaintiff,

-against-

COLUMBIA DELI & GRILL INC. et al.,

                Defendants.

19-cv-3150 (MKV-RWL)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the jury trial of this case will begin on March 7, 2023. IT IS FURTHER ORDERED that the parties shall submit a Joint Pretrial Order and all other Required Pretrial Filings described in the Court's Individual Rules of Practice in Civil Cases by January 20, 2023. IT IS FURTHER ORDERED that the parties shall appear for a Final Pretrial Conference on March 2, 2023 at 11:30 a.m. The conference will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

    The Clerk of Court respectfully is requested to mail a copy of this Order to Defendant Mr. Algaad. The Court encourages Mr. Algaad to consent to receive case filings electronically. *See* https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

**SO ORDERED.**

**Date: October 24, 2022**
**New York, NY**

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**