UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO REYES NEPOMUCENO,

               Plaintiff,

-against-

COLUMBIA DELI & GRILL INC. et al.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2023

19-cv-3150 (MKV-RWL)

ORDER ADJOURNING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiff's letter in response to the Court's January 23, 2023 Order To Show Cause [ECF Nos. 119, 121]. Given Plaintiff's own history of failing to comply with court orders, which is detailed in the January 23, 2023 Order To Show Cause, Plaintiff's request for leave to file a motion for sanctions against Mr. Algaad is DENIED.

    Moreover, since the parties have not filed any of the required pretrial filings, the trial that was previously scheduled to begin on March 7, 2023 is ADJOURNED *sine die*.

    By February 27, 2023, the parties shall file a letter informing the Court of their positions on appointment of trial counsel for Mr. Algaad. Plaintiff's counsel shall also update the Court on his efforts to contact Mr. Algaad.

    The parties, including Plaintiff personally, are on notice that failure to comply with this order may result in sanctions, including monetary sanctions, preclusion of claims and defenses, and dismissal with prejudice.

**SO ORDERED.**

**Date: February 17, 2023**
**New York, NY**

               */s/ Mary Kay Vyskocil*
               **MARY KAY VYSKOCIL**
               **United States District Judge**