```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO REYES NEPOMUCENO,

            Plaintiff,

-against-

COLUMBIA DELI & GRILL INC. et al.,

            Defendants.

19-cv-3150 (MKV-RWL)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of Plaintiff's letter motion to adjourn the conference previously scheduled for October 19, 2023 at 11:00 AM. [*See* ECF Nos. 126, 127.] The adjournment request is GRANTED. The October 19, 2023 Status Conference is ADJOURNED to October 26, 2023 at 2:00 PM. The Status Conference will be held <u>in person</u> in Courtroom 18C of the Daniel Patrick Moynihan Courthouse. **All parties to this action are directed to attend in-person.**

      The parties, including Plaintiff personally, are on notice that **failure to comply with this order may result in sanctions, including monetary sanctions, preclusion of claims and defenses, and dismissal of this action with prejudice.**

      Plaintiff is directed to serve a copy of this Order on Defendants and to file proof of service on the docket on or before October 13, 2023.

**SO ORDERED.**

Date: October 10, 2023
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**