USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO REYES NEPOMUCENO,

        Plaintiff,

-against-

COLUMBIA DELI & GRILL INC., et al.,

        Defendants.

19-cv-3150 (MKV-RWL)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a hearing on Plaintiffs' motion for a default judgment on February 29, 2024 at 12:00 PM. The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York. **All parties must appear in person.**

    Plaintiffs are directed to serve a copy of this order on Defendants along with a copy of Plaintiffs' motion for a default judgment and all supporting papers on or before February 12, 2024. Proof of service must be filed on the ECF docket by February 15, 2024.

    All parties, including Plaintiff personally, remain on notice that **failure to comply with this Order, or any Local or Individual Rule of this Court, will result in sanctions, including dismissal of this action with prejudice, default, and monetary sanctions, including financial sanctions on counsel.**

**SO ORDERED.**

**Date: February 7, 2024**
      **New York, NY**

                                **MARY KAY VYSKOCIL**
                                United States District Judge